# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-1203**                           **September Term, 2018**

**EPA-83FR25776**

**Filed On:** June 4, 2019

Clean Wisconsin,

        Petitioner

        v.

Environmental Protection Agency and
Andrew Wheeler, Administrator, United
States Environmental Protection Agency,

        Respondents

------------------------------

BCCA Appeal Group, et al.,
        Intervenors
------------------------------

Consolidated with 18-1205, 18-1206,
18-1208, 18-1212, 18-1214

**BEFORE:**   Pillard and Katsas, Circuit Judges

## O R D E R

Upon consideration of the Colorado Oil & Gas Association, et al.'s ("Colorado Associations") motion to extend the filing deadline and to exceed the word limit, or alternatively, to file a separate brief, and the opposition thereto; and the State of Wisconsin's motion to exceed the word limit, and the opposition thereto, it is

**ORDERED** that the Colorado Associations' motion to extend the filing deadline be granted, and its motion to exceed word limits or file a separate brief be denied.  It is

**FURTHER ORDERED** that the State of Wisconsin's motion to exceed the word limit be granted.  While not otherwise limited, the State of Wisconsin is directed to address in its brief whether it may, as an intervenor supporting Respondents, defend designations of certain areas as attainment or unclassifiable when Respondents now seek a remand of those designations.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 18-1203**                                                    **September Term, 2018**

The following revised briefing format and schedule will now apply:

| | |
|---|---|
| Brief of Amici Curiae for Respondents (not to exceed 2,000 words) | June 10, 2019 |
| Brief of Intervenors for Respondents (not to exceed 15,000 words, to be divided among no more than four briefs) | June 10, 2019 |
| Reply Brief of Petitioners (not to exceed 13,000 words) | July 17, 2019 |
| Deferred Appendix | July 24, 2019 |
| Final Briefs | August 7, 2019 |

The parties will be informed later of the date of oral argument and the composition of the merits panel.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Laura Chipley
Deputy Clerk